Patrick Smith
12335 Santa Monica Blvd
Los Angeles, CA 90025

In Pro Per

310 280 3171

Priority ___
Send ___
Enter ___
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Patrick Smith

Plaintiff(s),

v.

Gregory Morse

Defendant(s).

CASE NUMBER

2:08-cv-03371-RGK(SSx)

**NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P.**

PLEASE TAKE NOTICE: (Check one)

[X] This action is dismissed by the Plaintiff(s) in its entirety.

[ ] The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

[ ] The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

[ ] The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

[ ] ONLY Defendant(s) _____

is/are dismissed from (check one) [X] Complaint, [ ] Counterclaim, [ ] Cross-claim, [ ] Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

12/04/08
Date

Patrick Smith In Pro Per
Signature of Attorney/Party

IT IS SO ORDERED
DATED: DEC 10 2008

_____
UNITED STATES DISTRICT JUDGE

LODGED
2008 DEC -4 PM 3: 13
CLERK US DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES
BY: ___

NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

CV-9 (07/01)   NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)